PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Jermaine Coward</u>  Case Number: <u>3:10-00163-17</u>

Name of Sentencing Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>September 5, 2012</u>

Original Offense: <u>18 U.S.C. § 1962 - Conspiracy to Participate in a Racketeering Activity</u>

Original Sentence: <u>52 months' imprisonment followed by 5 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>January 24, 2014</u>

Assistant U.S. Attorney: <u>Scarlett Singleton</u>  Defense Attorney: <u>Stephanie H. Gore</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this ___4th___ day of
___Sept.___, 2014, and made a part of the records
in the above case.

_[signature]_
Honorable Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_[signature]_

Lisa A. Capps
Sr. U.S. Probation Officer

Place:   Columbia, Tennessee

Date:   September 2, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

**1.**   **The defendant shall refrain from any unlawful use of a controlled substance:**

On August 22, 2014, Mr. Coward submitted a urine screen which tested positive for marijuana and Ecstasy. Mr. Coward admitted that he was smoking 2-3 marijuana "blunts" per day and that he had used Ecstasy at a party on or about August 15, 2014. He stated it was part of his lifestyle before going to prison, and he has just continued it. Mr. Coward has been placed in drug treatment at Centerstone.

**2.**   **The defendant shall participate in a program of drug testing at the direction of the Probation Officer:**

Mr. Coward failed to report for a random urine screen at the U.S. Probation Office, Nashville, Tennessee, on August 21, 2014. Mr. Coward advised that he missed the urine screen because he thought he was on Phase 1 for drug screens. USPO Illarmo explained to Mr. Coward that he was on Phase 2.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Coward is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since January 24, 2014. He is not currently employed, and lives with his mother in Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

Mr. Coward was referred for a substance abuse intake assessment at Centerstone, in Madison, Tennessee. The assessment was completed on April 10, 2014, and recommended no treatment at that time. However, due to the positive urine screen earlier in August 2014, he was referred for weekly group counseling. Mr. Coward also continues to participate in the U.S. Probation drug testing program. The offender's term of supervision is scheduled to expire on January 23, 2019.

### U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no additional action be taken by the Court to allow Mr. Coward the opportunity to participate in outpatient drug treatment. It is recommended Mr. Coward continue on supervised release and undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _/s/ Jim Perdue_
Jim Perdue
Supervisory U.S. Probation Officer